| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY | |
| **McCABE, WEISBERG & CONWAY, LLC** **By: Alexandra T. Garcia, Esq. (Atty. I.D.#ATG4688)** **216 Haddon Avenue, Suite 201** **Westmont, NJ 08108** **856-858-7080** Attorneys for Movant: Bayview Loan Servicing, LLC as servicer for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-10CB, Mortgage Pass-Through Certificates, Series 2005-10CB | Order Filed on March 12, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey |
| IN re: Lisa M. Rockwell Stephen J. Rockwell      Debtors | Case No.: 14-26656-JNP Chapter: 13 Judge: Jerrold N. Poslusny Jr. |

## ORDER VACATING STAY

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**

**DATED: March 12, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtors:  Lisa M. Rockwell and Stephen J. Rockwell
Case No: 14-26656-JNP
Caption of Order:  ORDER VACATING STAY

---

Upon the motion of **Bayview Loan Servicing, LLC as servicer for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-10CB, Mortgage Pass-Through Certificates, Series 2005-10CB**, or its successors or assignees, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) or appropriate jurisdiction to pursue the movant's rights in the following:

☒　　Real property more fully described as:

　　16 Vance Ave. , Gloucester TWP, New Jersey 08081

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its states court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale, or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its rights to possession of the property

☐　　Personal property more fully described as:

ORDERED that Movant may pursue any and all loss mitigation options with respect to the Debtor(s) or the real property described above, including but not limited to repayment agreement, loan modification, short sale or deed-in-lieu of foreclosure.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this Order on the Debtor, any Trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:
Lisa M. Rockwell
Stephen J Rockwell
    Debtors

Case No. 14-26656-JNP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Mar 12, 2019
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2019.
db/jdb       +Lisa M. Rockwell,   Stephen J Rockwell,   16 Vance Avenue,   Sicklerville, NJ 08081-2198

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2019                                                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2019 at the address(es) listed below:

          Alexandra T. Garcia   on behalf of Creditor   Bayview Loan Servicing, LLC as servicer for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-10CB, Mortgage Pass- NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
          Alexandra T. Garcia   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2005-10CB) NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
          Alexandra T. Garcia   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC, SERVICER FOR THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2005-10CB) NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
          Andrew B. Finberg   on behalf of Debtor Lisa M. Rockwell andy@sjbankruptcylaw.com, abfecf@gmail.com;finbergar39848@notify.bestcase.com
          Andrew B. Finberg   on behalf of Joint Debtor Stephen J Rockwell andy@sjbankruptcylaw.com, abfecf@gmail.com;finbergar39848@notify.bestcase.com
          Andrew L. Spivack   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2005-10CB) nj.bkecf@fedphe.com
          Andrew L. Spivack   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC, SERVICER FOR THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2005-10CB) nj.bkecf@fedphe.com
          Andrew L. Spivack   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-10CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-10CB nj.bkecf@fedphe.com
          Celine P. Derkrikorian   on behalf of Creditor   The Bank of New York Mellon fka The Bank of New York njecfmail@mwc-law.com
          Denise E. Carlon   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-10CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-10CB dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Isabel C. Balboa   ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Isabel C. Balboa (NA)   on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
          Joshua I. Goldman   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-10CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-10CB jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
          Rebecca Ann Solarz   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-10CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-10CB rsolarz@kmllawgroup.com
                                                                                                                TOTAL: 15