Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  14−26656−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Lisa M. Rockwell                              Stephen J Rockwell
16 Vance Avenue                               16 Vance Avenue
Sicklerville, NJ 08081                        Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−6446                                xxx−xx−2063

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on November 15, 2019.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 15, 2019
JAN: kvr

                                          Jeanne Naughton
                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                     Case No. 14-26656-JNP
Lisa M. Rockwell                                                           Chapter 13
Stephen J Rockwell
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 4                 Date Rcvd: Nov 15, 2019
                              Form ID: 148             Total Noticed: 89

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2019.
```
db/jdb         #+Lisa M. Rockwell,    Stephen J Rockwell,    16 Vance Avenue,    Sicklerville, NJ 08081-2198
cr              +BAYVIEW LOAN SERVICING, LLC, SERVICER FOR THE BANK,     Phelan Hallinan & Schmieg, PC,
                  400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr              +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,     Phelan Hallinan & Schmieg, PC,
                  400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
514985772      +AKRON Billing Center,    2620 Ridgewood Rd.,    Suite 300,    Akron, OH 44313-3507
514985773      +Apex Asset Management,    2501 Oregon Pike Suite 102,    Lancaster, PA 17601-4890
514985778      #Bay Area Credit Service, LLC,    1901 W. 10th Street,    Antioch, CA 94509-1380
514985779      #+Bay Area Credit Services,    1901 West 10th Street,    Antioch, CA 94509-1380
514985795      +CVS Caremark,    105 Mall Blvd.,    Monroeville, PA 15146-2218
514985781      +Calloway Laboratories,    34 Commerce Way,    Woburn, MA 01801-1294
514985784       Capital One Bank,    P.O. Box 60500,    City of Industry, CA 91716-0500
514985787      +Cardiovascular Associates of the Delawar,    120 White Horse Pike, Ste. 112,
                  Haddon Heights, NJ 08035-1994
514985788       Caremark Inc.,    P.O. Box 846111,    Dallas, TX 75284-6111
515152357      +Cavalry SPV I, LLC,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,
                  Tucson, AZ 85712-1083
514985789       Chase Auto Finance,    PO Box 901003,    Fort Worth, TX 76101-2003
514985796      +Delaware Valley Urology,    2003 Lincoln Dr. W.,    Suite B,    Marlton, NJ 08053-1529
514985797      #Department of Education,    FedLoan Servicing,    PO Box 530210,    Atlanta, GA 30353-0210
514985798      +Diering & Dipietro Associates,    900 Route 168, Suite E5,    Turnesville,, NJ 08012-3208
515194237       FedLoan Servicing,    P.O. Box 69184,    Harrisburg, PA 17106-9184
514985801      +Federal Loan Servicing,    PO BOX 69184,    Harrisburg, PA 17106-9184
514985802      +Federal loan Servicing Credit,    Po Box 60610,    Harrisburg, PA 17106-0610
514985804      +Financial Recoveries,    200 E Park Dr., Ste. 100,    Mount Laurel, NJ 08054-1297
514985803      +Financial Recoveries,    200 East Park Drive, Suite 100,    Mount Laurel, NJ 08054-1297
514985805      +First National Bank Omaha,    Attn: Bankruptcy Department,    PO Box 3331,    Omaha, NE 68103-0331
515042779       JPMorgan Chase Bank, N.A.,    National Bankruptcy Department,    P.O. BOX 901032,
                  Ft. Worth, TX 76101-2032
514985809      +Kennedy Health System,    PO Box 48023,    Newark, NJ 07101-4823
514985812       LCA Collections,    P.O. Box 2240,    Burlington, NC 27216-2240
514985811       LabCorp,    PO Box 2240,    Burlington, NC 27216-2240
514985814       Liberty Mutual,    P.O. Box 8400,    Dover, NH 03821-8400
514985815      +Lourdes Cardiology Services, P.C.,    63 Kresson Road, Suite 101,    Cherry Hill, NJ 08034-3200
514985816       Medical Diagnostic Laboratories, LLC,    2439 Kuser Road,    Hamilton, NJ 08690-3303
514985817      +Meridian Counseling Services,    1930 Marlton Pike E.,    Cherry Hill, NJ 08003-4101
514985819      +RBS Citizens NA,    1000 Lafayette BV,    Bridgeport, CT 06604-4725
514985822       RWHG Obeterics & Gyn,    2227 Laurel Road,    Voorhees, NJ 08043
515636914      +SPECIALIZED LOAN SERVICING LLC,    8742 LUCENT BLVD, SUITE 300,
                  HIGHLANDS RANCH, COLORADO 80129-2386
515636915      +SPECIALIZED LOAN SERVICING LLC,    8742 LUCENT BLVD, SUITE 300,
                  HIGHLANDS RANCH, COLORADO 80129,    SPECIALIZED LOAN SERVICING LLC,
                  8742 LUCENT BLVD, SUITE 300,    HIGHLANDS RANCH, COLORADO 80129-2386
514985823       Shopnow Pay Plan,    P.O. Box 2852,    Monroe, WI 53566-8052
514985824      +Sun National Bank,    226 W. Landis Avenue,    Vineland, NJ 08360-8142
515218474       THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,     Bank of America, N.A.,    P.O. Box 660933,
                  Dallas, TX 75266-0933
514985830      +The Heart House,    120 White Horse Pike, Suite 112,    Haddon Heights, NJ 08035-1938
514985832       UPHS Physicians Patient Pay IDX,    P.O. Box 827579,    Philadelphia, PA 19182-7579
514985833      +Virtua Health Voorhees,    Mail Processing Center,    2 Brighton Road,    Clifton, NJ 07012-1663
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 16 2019 00:22:54     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 16 2019 00:22:53     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
514985774       E-mail/Text: bankruptcy@pepcoholdings.com Nov 16 2019 00:22:45     Atlantic City Electric,
                  PO Box 13610,    Philadelphia, PA 19101-3610
515036058       E-mail/Text: bankruptcy@pepcoholdings.com Nov 16 2019 00:22:45
                  Atlantic City Electric Company,    Pepco Holdings, Inc,    Mailstop:84CP42,
                  5 Collins Drive, Suite 2133,    Carneys Point, NJ 08069-3600
514985777       EDI: BANKAMER.COM Nov 16 2019 05:03:00      Bank of America,    4161 Piedmont Parkway,
                  Greensboro, NC 27410
514985776       EDI: BANKAMER.COM Nov 16 2019 05:03:00      Bank of America,    PO Box 982235,
                  El Paso, TX 79998
514985775      +EDI: BANKAMER.COM Nov 16 2019 05:03:00      Bank of Amercia Home Loans,    P.O. Box 5170,
                  Simi Valley, CA 93062-5170
515284231      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Nov 16 2019 00:23:08
                  Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd. 5th Floor,
                  Coral Gables, Florida 33146,    Bayview Loan Servicing, LLC,
                  4425 Ponce De Leon Blvd. 5th Floor,    Coral Gables, Florida 33146-1837
```

```
District/off: 0312-1           User: admin                  Page 2 of 4                   Date Rcvd: Nov 15, 2019
                               Form ID: 148                 Total Noticed: 89


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
515284230      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Nov 16 2019 00:23:08
                 Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, Florida 33146-1837
514985782      +EDI: CAPITALONE.COM Nov 16 2019 05:03:00      Capital One,   P.O. Box 30253,
                 Salt Lake City, UT 84130-0253
514985785      +EDI: CAPITALONE.COM Nov 16 2019 05:03:00      Capital One Bank USA NA,   P.O. Box 30281,
                 Salt Lake City, UT 84130-0281
515152159       EDI: BL-BECKET.COM Nov 16 2019 05:03:00      Capital One, N.A.,   c o Becket and Lee LLP,
                 POB 3001,    Malvern, PA 19355-0701
514985786      +EDI: CAPITALONE.COM Nov 16 2019 05:03:00      Capital One/Boscovs,   PO Box 30253,
                 Salt Lake City, UT 84130-0253
514985790       EDI: CHASE.COM Nov 16 2019 05:03:00     Chase Card Services,   P.O. Box 15298,
                 Wilmington, DE 19850-5298
514985791      +EDI: WFNNB.COM Nov 16 2019 05:03:00     Comenity Bank/victoria's Secret,   PO Box 182789,
                 Columbus, OH 43218-2789
514985792      +EDI: CCS.COM Nov 16 2019 05:03:00     Credit Collection Services,   Two Wells Avenue,
                 Newton Center, MA 02459-3246
514985794      +E-mail/PDF: creditonebknotifications@resurgent.com Nov 16 2019 00:36:07      Credit One Bank,
                 P.O. Box 98872,    Las Vegas, NV 89193-8872
514985793      +E-mail/PDF: creditonebknotifications@resurgent.com Nov 16 2019 00:36:03      Credit One Bank,
                 PO Box 98873,    Las Vegas, NV 89193-8873
514985799      +EDI: TSYS2.COM Nov 16 2019 05:03:00     DSNB/Bloomingdales,   P.O. 17759,
                 Clearwater, FL 33762-0759
514985800      +EDI: TSYS2.COM Nov 16 2019 05:03:00     DSNB/Macys,   P.O. Box 17759,
                 Clearwater, FL 33762-0759
515009626      +EDI: TSYS2.COM Nov 16 2019 05:03:00     Department Stores National Bank/Macys,
                 Bankruptcy Processing,    Po Box 8053,   Mason, OH 45040-8053
514985806      +EDI: AMINFOFP.COM Nov 16 2019 05:03:00      First Premier Bank,   601 S. Minnesota Avenue,
                 Sioux Falls, SD 57104-4868
514985807       EDI: RMSC.COM Nov 16 2019 05:03:00     GECRB/jcp,   P.O. Box 960090,   Orlando, FL 32896-0090
514985808      +EDI: CITICORP.COM Nov 16 2019 05:03:00      Home Depot/CitiBank,   P.O. Box 6497,
                 Sioux Falls, SD 57117-6497
515043184       EDI: CAUT.COM Nov 16 2019 05:03:00     JP Morgan Chase Bank, N.A,   PO Box 29505 AZi-1191,
                 Phoenix, AZ 85038-9505
514985810      +E-mail/Text: bncnotices@becket-lee.com Nov 16 2019 00:22:39      Kohls/Capital One,
                 PO Box 3115,    Milwaukee, WI 53201-3115
515213312       E-mail/PDF: resurgentbknotifications@resurgent.com Nov 16 2019 00:36:05
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
514985813       EDI: CCS.COM Nov 16 2019 05:03:00     Liberty Mutual,   Payment Processing Center - 27,
                 P.O. Box 55126,    Boston, MA 02205-5126
515213137       E-mail/PDF: MerrickBKNotifications@Resurgent.com Nov 16 2019 00:25:39      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
514985818      +E-mail/PDF: MerrickBKNotifications@Resurgent.com Nov 16 2019 00:24:01      Merrick Bank,
                 PO Box 1500,    Draper, UT 84020-1500
515177868       EDI: PRA.COM Nov 16 2019 05:03:00     Portfolio Recovery Associates, LLC,   c/o Capital One,
                 POB 41067,    Norfolk VA 23541
515177854       EDI: PRA.COM Nov 16 2019 05:03:00     Portfolio Recovery Associates, LLC,   c/o H H Gregg,
                 POB 41067,    Norfolk VA 23541
515149851       EDI: PRA.COM Nov 16 2019 05:03:00     Portfolio Recovery Associates, LLC,
                 c/o Jc Penney Credit Card,    POB 41067,   Norfolk VA 23541
515213884       EDI: PRA.COM Nov 16 2019 05:03:00     Portfolio Recovery Associates, LLC,   c/o The Home Depot,
                 POB 41067,    Norfolk VA 23541
515156097       EDI: PRA.COM Nov 16 2019 05:03:00     Portfolio Recovery Associates, LLC,
                 c/o Walmart Credit Card,    POB 41067,   Norfolk VA 23541
515094774       EDI: Q3G.COM Nov 16 2019 05:03:00     Quantum3 Group LLC as agent for,   Comenity Bank,
                 PO Box 788,    Kirkland, WA 98083-0788
515063255       E-mail/Text: bkdepartment@rtresolutions.com Nov 16 2019 00:23:01
                 Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,   PO Box 36655,
                 Dallas, Texas 75247-4029
514985820      +E-mail/Text: bkdepartment@rtresolutions.com Nov 16 2019 00:23:01      Real Time Resolutions,
                 1750 Regal Row, Suite N,    Dallas, TX 75235-2289
514985821      +E-mail/Text: bkdepartment@rtresolutions.com Nov 16 2019 00:23:01      Real Time Resolutions,
                 P.O. Box 36655,    Dallas, TX 75235-1655
514985826       EDI: RMSC.COM Nov 16 2019 05:03:00     SYNCB/HH GREGG,   P.O. Box 965036,
                 Orlando, FL 32896-5036
514985827       EDI: RMSC.COM Nov 16 2019 05:03:00     SYNCB/JCPENNEY,   P.O. Box 965007,
                 Orlando, FL 32896-5007
514985828       EDI: RMSC.COM Nov 16 2019 05:03:00     SYNCB/Walmart,   P.O. Box 965024,
                 Orlando, FL 32896-5024
514985825       EDI: CBS7AVE Nov 16 2019 05:03:00     Swiss Colony,   1112 7th Avenue,   Monroe, WI 53566-1364
514985829      +EDI: RMSC.COM Nov 16 2019 05:03:00     Synchrony Bank/JCPENNEY,   P.O. Box 965007,
                 Orlando, FL 32896-5007
514985831      +EDI: CITICORP.COM Nov 16 2019 05:03:00      The Home Depot/CBNA,   PO Box 6497,
                 Sioux Falls, SD 57117-6497
514985834      +EDI: WFFC.COM Nov 16 2019 05:03:00     Wells Fargo,   National Recovery Center,
                 P.O. Box 25341,    Santa Ana, CA 92799-5341
```

```
District/off: 0312-1          User: admin              Page 3 of 4                  Date Rcvd: Nov 15, 2019
                              Form ID: 148             Total Noticed: 89
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
515027831         EDI: WFFC.COM Nov 16 2019 05:03:00      Wells Fargo Bank, N.A.,    P.O. Box 19657,
                  Irvine, CA 92623-9657
514985835        +EDI: WFFC.COM Nov 16 2019 05:03:00      Wells Fargo Dealer Services,    P.O. Box 1697,
                  Winterville, NC 28590-1697
                                                                                              TOTAL: 48

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514985783*       +Capital One,    PO box 30253,    Salt Lake City, UT 84130-0253
514985780       ##+California Recovery Bureau, Inc.,    135 Vallecitos De Oro, Suite G,    San Marcos, CA 92069-1461
                                                                                   TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2019 at the address(es) listed below:
```
              Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC as servicer for The
               Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT,
               Inc., Alternative Loan Trust 2005-10CB, Mortgage Pass- NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, AS TRUSTEE (CWALT 2005-10CB) NJECFMAIL@mwc-law.com,    nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, SERVICER FOR THE BANK
               OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2005-10CB) NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Andrew B. Finberg    on behalf of Debtor Lisa M. Rockwell andy@sjbankruptcylaw.com,
               abfecf@gmail.com;finbergar39848@notify.bestcase.com
              Andrew B. Finberg    on behalf of Joint Debtor Stephen J Rockwell andy@sjbankruptcylaw.com,
               abfecf@gmail.com;finbergar39848@notify.bestcase.com
              Andrew L. Spivack    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWALT 2005-10CB) nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, SERVICER FOR THE BANK OF
               NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2005-10CB) nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-10CB, MORTGAGE
               PASS-THROUGH CERTIFICATES, SERIES 2005-10CB nj.bkecf@fedphe.com
              Celine P. Derkrikorian    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New
               York njecfmail@mwc-law.com
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-10CB, MORTGAGE
               PASS-THROUGH CERTIFICATES, SERIES 2005-10CB dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Joshua I. Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-10CB, MORTGAGE
               PASS-THROUGH CERTIFICATES, SERIES 2005-10CB jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-10CB, MORTGAGE
               PASS-THROUGH CERTIFICATES, SERIES 2005-10CB rsolarz@kmllawgroup.com
```

```
District/off: 0312-1           User: admin                Page 4 of 4              Date Rcvd: Nov 15, 2019
                               Form ID: 148               Total Noticed: 89
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                                                                                                   TOTAL: 15